WEYCOURT DISTRIBUTORS, INC., Plaintiff in Error, v.
R. S. WILLIS, Defendant in Error.

199 So. 754
En Banc
Opinion Filed January 14, 1941

*P. R. Porter* and *J. Lewis Hall*, for Plaintiff in Error;
*C. Rogers Wells*, for Defendant in Error.

PER CURIAM.—This case having heretofore been submitted to the Court upon the transcript of the record of the

judgment herein and briefs and oral argument of counsel for the respective parties and the transcript of the record having been seen and inspected and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final judgment as disclosed by the record; it is therefore considered, ordered and adjudged by the Court that the said final judgment of the circuit court be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., BUFORD, THOMAS and ADAMS, J. J., concur.

WHITFIELD, BROWN and CHAPMAN, J. J., dissent.